**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

STEPHEN H. CAPELLE
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT



314 W. 11ᵀᴴ, STREET
GRANGER BLDG., SUITE 300
AUSTIN, TEXAS 78701

P. O. Box 1748
AUSTIN, TEXAS 78767

(512) 854-9415

**FILED**
**May 11, 2015**
**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

8 May 2015

The Honorable Jeffrey Kyle
Clerk, Third Court of Appeals
Austin, Texas

Re: *Michael Grace v. The State of Texas*
Appellate Cause No. 03-15-00221-CR
Trial Cause No. C-1-CR-13-211385
Notice of Appearance

Dear Mr. Kyle:

This criminal case out of Travis County is currently on appeal before your Court. I will be representing the State of Texas in the matter.

Best,

Giselle Horton
Assistant Travis County Attorney
State Bar Number 10018000
TCAppellate@traviscountytx.gov

copy: Mr. Richard Segura
UT Law Criminal Defense Clinic
Connally Center 4.302
727 East Dean Keeton Street
Austin, Texas 78705
richard@seguralawfirm.com

RECEIVED
MAY 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



**DAVID A. ESCAMILLA**
COUNTY ATTORNEY, TRAVIS COUNTY
P.O. BOX 1748
AUSTIN, TEXAS 78767



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.48⁰
02 1W
0001376966 MAY 08 2015

The Honorable Jeffrey Kyle
Clerk, Third Court of Appeal
Post Office Box 12547
Austin, Texas 78711-2547

78711$2547 B007